# IN RE DISBARMENT OF ANDREW NELSON.[1]

June 11, 1926.

No. 24,950.

**Member of bar acquitted of accusation of misconduct.**
> Respondent found not guilty of a charge of misconduct as an attorney at law.

Attorney and Client, 6 C. J. p. 609 n. 4 New.

Proceeding for disbarment. The findings of the referee to take the evidence, Hon. Charles Bechhoefer, one of the judges of the district court of Ramsey county, are sustained by the evidence, and defendant is not guilty.

*Albert Schaller*, for accused.
*Harold G. Cant*, for respondent.

PER CURIAM.

The accusation of professional misconduct lodged against respondent by the Board of Law Examiners was referred to Honorable Charles Bechhoefer, one of the judges of the district court for Ramsey county. After hearing the evidence, he has made findings which in all things acquit respondent of the charge in question. Our examination of the record has led to the conclusion not only that the findings are sustained but also that the evidence would not warrant the contrary result. The judgment of the court therefore is that respondent be and he is hereby found not guilty of the charges made in the accusation and that he be and is hereby acquitted of the same and all thereof.

[1] Reported in 209 N. W. 316.